Phyllis J Southwick
822 Carefree
Venice, FL. 34285
February 23, 2009

FILED VIA MAIL
FEB 24 2009
CLERK, U.S. BANKRUPTCY
COURT MIDDLE
DISTRICT FLORIDA

United States Bankruptcy Court
Middle District of Florida
801 North Florida Avenue
Tampa, FL. 33602-3849

This letter is to request a motion from registry court regarding Bankruptcy Case #00-15583 – Debtor, Factory Direct Interiors Inc. to issue a new check to claimant Phyllis Southwick.

I had given up long ago as I understood there would be no funds available. Recently I received several investigators claiming that they could retrieve this claim. I did try check online as to procedure to do so. Since I am not proficient to follow the complicated directions online, I am writing with the hope this letter will suffice.

Thank you,

*Phyllis Southwick* (signature)

Phyllis J Southwick